IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-691 (GBW) <br> ) <br> ) <br> ) <br> ) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-1138 (GBW) <br> ) <br> ) <br> ) <br> ) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-1594 (GBW) <br> ) <br> ) <br> ) <br> ) |

**JAZZ'S MOTION TO STRIKE AVADEL'S SECOND SUPPLEMENTAL
<u>RESPONSE TO INTERROGATORY NO. 8</u>**

Plaintiffs Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited (collectively, "Jazz") hereby move to strike Defendant Avadel CNS Pharmaceuticals LLC's

second supplemental response to Interrogatory No. 8.  The basis for this motion is set forth in Jazz's letter brief and supporting papers filed herewith.

Morris, Nichols, Arsht & Tunnell LLP

*/s/ Jeremy A. Tigan*

OF COUNSEL:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
Nicholas LoCastro
Krista M. Rycroft
Quinn Emanuel Urquhart
   & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000

September 20, 2022

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*
*Jazz Pharmaceuticals, Inc. and*
*Jazz Pharmaceuticals Ireland Limited*

**RULE 7.1.1 CERTIFCATE**

I hereby certify that counsel for the parties, including lead and Delaware counsel, discussed the subject of the foregoing motion and were unable to reach agreement.

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-691 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1138 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1594 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

Having considered Jazz's Motion to Strike, **IT IS HEREBY ORDERED** this _____ day of _____, 2022 that:

1. Plaintiffs' Motion to Strike is GRANTED; and

- 2 -

2. Defendant Avadel CNS Pharmaceuticals LLC's second supplemental response to Interrogatory No. 8 is STRICKEN.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 20, 2022, upon the following in the manner indicated:

Daniel M. Silver, Esquire  *VIA ELECTRONIC MAIL*
Alexandra M. Joyce, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
*Attorneys for Defendant*

Kenneth G. Schuler, Esquire  *VIA ELECTRONIC MAIL*
Marc N. Zubick, Esquire
Alex Grabowski, Esquire
Sarah W. Wang, Esquire
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
*Attorneys for Defendant*

Herman H. Yue, Esquire  *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
*Attorneys for Defendant*

Sarah Propst, Esquire  *VIA ELECTRONIC MAIL*
Audra Sawyer, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
*Attorneys for Defendant*

Yi Ning, Esquire                                          *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
*Attorneys for Defendant*

Daralyn J. Durie, Esquire                                 *VIA ELECTRONIC MAIL*
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
*Attorneys for Defendant*

Kira A. Davis, Esquire                                    *VIA ELECTRONIC MAIL*
Katherine E. McNutt, Esquire
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeremy A. Tigan*

　　　　　　　　　　　　　　　　　　　　　　　　Jeremy A. Tigan (#5239)