IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>　　　　　Defendant. | C.A. No. 21-691 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and<br>JAZZ PHARMACEUTICALS IRELAND<br>LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>　　　　　Defendant. | C.A. No. 21-1138 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and<br>JAZZ PHARMACEUTICALS IRELAND<br>LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>　　　　　Defendant. | C.A. No. 21-1594 (GBW) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Plaintiffs' First Set of Requests for Admission to Defendant Avadel CNS Pharmaceuticals (Nos. 1-68)* were caused to be served on September 21, 2022, upon the following in the manner indicated:

- 2 -

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Sarah Propst, Esquire<br>Audra Sawyer, Esquire<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004-1304<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Yi Ning, Esquire<br>Latham & Watkins LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Kira A. Davis, Esquire  
Katherine E. McNutt, Esquire  
DURIE TANGRI LLP  
953 East 3rd Street  
Los Angeles, CA  90013  
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

OF COUNSEL:

F. Dominic Cerrito  
Eric C. Stops  
Evangeline Shih  
Andrew S. Chalson  
Gabriel P. Brier  
Frank C. Calvosa  
Nicholas LoCastro  
Krista M. Rycroft  
QUINN EMANUEL URQUHART  
  & SULLIVAN, LLP  
51 Madison Avenue, 22nd Floor  
New York, NY  10010  
(212) 849-7000  

September 21, 2022

Jack B. Blumenfeld (#1014)  
Jeremy A. Tigan (#5239)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
jtigan@morrisnichols.com  

*Attorneys for Plaintiffs*  
*Jazz Pharmaceuticals, Inc. and*  
*Jazz Pharmaceuticals Ireland Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 21, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Sarah Propst, Esquire<br>Audra Sawyer, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004-1304<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

- 2 -

| | |
|---|---|
| Yi Ning, Esquire<br>LATHAM & WATKINS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>Katherine E. McNutt, Esquire<br>DURIE TANGRI LLP<br>953 East 3rd Street<br>Los Angeles, CA  90013<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

_____

Jeremy A. Tigan (#5239)