## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
(302) 351-9106
jtigan@morrisnichols.com

September 30, 2022

The Honorable Gregory B. Williams  *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

      Re: *Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals, LLC*
           C. A. Nos. 21-691, 21-1138, 21-1594

Dear Judge Williams:

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet and confer (in person and/or by telephone) on the following date(s): September 15, 2022 and September 28, 2022.

**Delaware Counsel:**

Jeremy Tigan, Morris, Nichols, Arsht & Tunnell LLP, on behalf of Plaintiff

Daniel Silver and Alexandra Joyce, McCarter & English, on behalf of Defendant

**Lead Counsel:**

Frank C. Calvosa, Gabe Brier and Krista M. Rycroft, Quinn Emanuel Urquhart & Sullivan LLP, on behalf of Plaintiff

Audra Sawyer and Herman Yue, Latham & Watkins LLP, and Kira Davis, Durie Tangri LLP, on behalf of Defendant

The Honorable Gregory B. Williams
September 28, 2022
Page 2

The dispute requiring judicial attention is as follows:

Whether Avadel should be compelled to produce damages-related discovery in response to Jazz's Requests for Production Nos. 57, 59-64, 68-75, 77-80.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT:lo
cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via CM/ECF and e-mail)