# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Jeremy A. Tigan**
(302) 351-9106
jtigan@morrisnichols.com

October 17, 2022

The Honorable Gregory B. Williams                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re:    *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC*
            C.A. Nos. 21-691, 21-1138 & 21-1594 (GBW)

Dear Judge Williams:

      Pursuant to the Court's September 21, 2022 Oral Order (C.A. No. 21-691-GBW, D.I. 179), counsel for the parties met and conferred via phone on October 12, 2022, in a further attempt to reach agreement on constructions for the claim terms that remain in dispute. The following counsel participated: F. Dominic Cerrito, Frank C. Calvosa, Nicholas LoCastro, and Jeremy A. Tigan for Jazz; Kenneth G. Schuler, Audra M. Sawyer, and Alexandra M. Joyce for Avadel. Although no new agreements were reached on the October 12 call, on a prior call between the parties held on August 11, lasting approximately 38 minutes, and in subsequent email correspondence, the parties agreed on a proposed construction for "by about 4 to about 6 hours," as reflected in the Amended Joint Claim Construction Chart filed on August 19 (*Id.*, D.I. 145). Avadel also agreed to withdraw the "cash payer" claim terms from the list of disputed terms.

                                                Respectfully,

                                                */s/ Jeremy A. Tigan*

                                                Jeremy A. Tigan (#5239)

JAT/lo
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)