# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jeremy A. Tigan
(302) 351-9106
jtigan@morrisnichols.com

October 18, 2022

The Honorable Gregory B. Williams  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re:    *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC*
              C. A. Nos. 21-691, 21-1138, 21-1594 (GBW)

Dear Judge Williams:

      Briefing on Jazz's Motion to Strike Avadel's Second Supplemental Response to Interrogatory No. 8 is now complete (C.A. No. 21-691, D.I. 175, 176, 189, 191). Accordingly, the parties jointly request a teleconference to address the motion at the Court's convenience.

                                 Respectfully,

                                 */s/ Jeremy A. Tigan*

                                 Jeremy A. Tigan (#5239)

JAT:lo
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)