# Exhibit A

**Herman Yue**
Direct Dial: 1.212.906.2977
herman.yue@lw.com

**LATHAM & WATKINS LLP**

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 7, 2022

<u>**VIA EMAIL**</u>

Jeremy Tigan
Morris, Nichols, Arsht & Tunnel, LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899-1347

Gabriel Brier
Quinn, Emmanuel, Urquhart, and Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Re:     Dismissal of the '963 Patent

Dear Counsel:

In its motion for stay pending appeal, Jazz represented that "if Jazz were to delist [the '963] patent from the Orange Book within fourteen days as the Order requires, reversal of the Order on appeal would occur too late for Jazz to protect its pediatric exclusivity," because any such exclusivity will "evaporate when the patent expires on December 17, 2022." D.I. 236 at 15.  Given the foregoing, please confirm that should Jazz not obtain a stay pending appeal, Jazz will dismiss all of its claims involving the '963 patent on December 18, 2022 in the event that LUMRYZ has not been commercially launched as of that date.

As you know, opening expert reports are due in mid-January, and the parties should cooperate to avoid any unnecessary work and expense.

Sincerely,

*/s/ Herman Yue*

Herman Yue
of LATHAM & WATKINS LLP

# Exhibit B

# Nicholas LoCastro

| | |
|---|---|
| **From:** | Herman.Yue@lw.com |
| **Sent:** | Monday, December 19, 2022 12:28 PM |
| **To:** | Gabriel Brier |
| **Cc:** | KENNETH.SCHULER@lw.com; Marc.Zubick@lw.com; Alex.Grabowski@lw.com; Sarah.Wang@lw.com; ddurie@durietangri.com; KDavis@durietangri.com; EBerger@durietangri.com; kmcnutt@durietangri.com; DSilver@McCarter.com; ajoyce@mccarter.com; jazzpatentlitigation.lwteam@lw.com; Sunnie.Ning@lw.com; amiller@mccarter.com; AJones@durietangri.com; JazzAvadel; SERVICE-AVADEL-JAZZ@durietangri.com; Nick Cerrito; Eric Stops; Evangeline Shih; Andrew Chalson; Frank Calvosa; JBlumenfeld@morrisnichols.com; JTigan@morrisnichols.com |
| **Subject:** | RE: Jazz v. Avadel, Nos. 21-691, 21-1138, 21-1594 |

**[EXTERNAL EMAIL from herman.yue@lw.com]**

Gabe,

We believe that the '963 patent should proceed on the current schedule for expert discovery and do not agree to stay expert discovery pending appeal.

Regards,
Herman

**Herman H. Yue**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2977

**From:** Gabriel Brier <gabrielbrier@quinnemanuel.com>
**Sent:** Friday, December 16, 2022 10:24 AM
**To:** Yue, Herman (NY) <Herman.Yue@lw.com>
**Cc:** Schuler, Kenneth (CH) <KENNETH.SCHULER@lw.com>; Zubick, Marc (CH/NY) <Marc.Zubick@lw.com>; Grabowski, Alex (CH) <Alex.Grabowski@lw.com>; Wang, Sarah (CH) <Sarah.Wang@lw.com>; ddurie@durietangri.com; KDavis@durietangri.com; EBerger@durietangri.com; kmcnutt@durietangri.com; DSilver@McCarter.com; ajoyce@mccarter.com; #C-M JAZZ PATENT LITIGATION - LW TEAM <jazzpatentlitigation.lwteam@lw.com>; Ning, Sunnie (BN) <Sunnie.Ning@lw.com>; amiller@mccarter.com; AJones@durietangri.com; JazzAvadel <jazzavadel@quinnemanuel.com>; SERVICE-AVADEL-JAZZ@durietangri.com; Nick Cerrito <nickcerrito@quinnemanuel.com>; Eric Stops <ericstops@quinnemanuel.com>; Evangeline Shih <evangelineshih@quinnemanuel.com>; Andrew Chalson <andrewchalson@quinnemanuel.com>; Frank Calvosa <frankcalvosa@quinnemanuel.com>; JBlumenfeld@morrisnichols.com; JTigan@morrisnichols.com
**Subject:** RE: Jazz v. Avadel, Nos. 21-691, 21-1138, 21-1594

Herman,

Following up on my email below, please let us know whether Avadel agrees to stay expert discovery concerning the '963 patent pending the appeal.

1

Regards,

Gabe

---

**From:** Gabriel Brier
**Sent:** Tuesday, December 13, 2022 4:18 PM
**To:** Herman.Yue@lw.com
**Cc:** KENNETH.SCHULER@lw.com; Marc.Zubick@lw.com; Alex.Grabowski@lw.com; Sarah.Wang@lw.com; ddurie@durietangri.com; KDavis@durietangri.com; EBerger@durietangri.com; kmcnutt@durietangri.com; DSilver@McCarter.com; ajoyce@mccarter.com; jazzpatentlitigation.lwteam@lw.com; Sunnie.Ning@lw.com; amiller@mccarter.com; AJones@durietangri.com; JazzAvadel <jazzavadel@quinnemanuel.com>; SERVICE-AVADEL-JAZZ@durietangri.com; Nick Cerrito <nickcerrito@quinnemanuel.com>; Eric Stops <ericstops@quinnemanuel.com>; Evangeline Shih <evangelineshih@quinnemanuel.com>; Andrew Chalson <andrewchalson@quinnemanuel.com>; Frank Calvosa <frankcalvosa@quinnemanuel.com>; JBlumenfeld@morrisnichols.com; JTigan@morrisnichols.com
**Subject:** RE: Jazz v. Avadel, Nos. 21-691, 21-1138, 21-1594

Herman,

As we previously indicated, Jazz does not agree to dismiss the '963 patent while its appeal is pending and Avadel's demand that Jazz do so is unreasonable. Further, Jazz has proposed that the parties avoid incurring expense relating to litigating infringement and validity of the '963 patent by staying expert discovery concerning those issues pending the outcome of the appeal.

Under Jazz's proposal, Avadel will not incur any harm by having the '963 patent remain part of the case pending appeal because the parties will have stayed liability issues during that time.

Please let us know whether Avadel agrees to stay expert discovery concerning the '963 patent pursuant to Jazz's proposal.

Regards,

Gabe

---

**From:** Herman.Yue@lw.com <Herman.Yue@lw.com>
**Sent:** Monday, December 12, 2022 4:29 PM
**To:** Gabriel Brier <gabrielbrier@quinnemanuel.com>
**Cc:** KENNETH.SCHULER@lw.com; Marc.Zubick@lw.com; Alex.Grabowski@lw.com; Sarah.Wang@lw.com; ddurie@durietangri.com; KDavis@durietangri.com; EBerger@durietangri.com; kmcnutt@durietangri.com; DSilver@McCarter.com; ajoyce@mccarter.com; jazzpatentlitigation.lwteam@lw.com; Sunnie.Ning@lw.com; amiller@mccarter.com; AJones@durietangri.com; JazzAvadel <jazzavadel@quinnemanuel.com>; SERVICE-AVADEL-JAZZ@durietangri.com; Nick Cerrito <nickcerrito@quinnemanuel.com>; Eric Stops <ericstops@quinnemanuel.com>; Evangeline Shih <evangelineshih@quinnemanuel.com>; Andrew Chalson <andrewchalson@quinnemanuel.com>; Frank Calvosa <frankcalvosa@quinnemanuel.com>; JBlumenfeld@morrisnichols.com; JTigan@morrisnichols.com
**Subject:** RE: Jazz v. Avadel, Nos. 21-691, 21-1138, 21-1594

**[EXTERNAL EMAIL from herman.yue@lw.com]**

---

Gabe,

As noted in my previous letter, Jazz has represented that the pediatric exclusivity associated with the '963 patent will "evaporate" once the patent expires on December 17, 2022 if the Federal Circuit does not stay the district court's

2

delisting order, and cannot be resuscitated by the outcome of the appeal. In addition, Avadel has not yet marketed Lumryz, and will not market it before the expiration of the '963 patent in five days. As a result, if the Federal Circuit does not stay the district court's delisting order, there is no basis for Jazz to assert infringement of the '963 patent, and it should be dismissed from this lawsuit. Jazz has an obligation to avoid litigating a patent that has expired and for which Jazz has no potential damages claim.

To the extent Jazz refuses to dismiss the '963 patent from this suit if the Federal Circuit does not stay the district court's order, please provide an explanation for Jazz's refusal, including Jazz's theory for how it believes it can maintain its infringement allegations for the '963 patent after it has expired, given that Avadel has not received final FDA approval. Otherwise, please confirm Jazz will dismiss all of its claims involving the '963 patent on December 18, 2022, absent a stay from the Federal Circuit.

Regards,
Herman

**Herman H. Yue**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2977

---

**From:** Gabriel Brier <gabrielbrier@quinnemanuel.com>
**Sent:** Monday, December 12, 2022 10:30 AM
**To:** Yue, Herman (NY) <Herman.Yue@lw.com>
**Cc:** Schuler, Kenneth (CH) <KENNETH.SCHULER@lw.com>; Zubick, Marc (CH/NY) <Marc.Zubick@lw.com>; Grabowski, Alex (CH) <Alex.Grabowski@lw.com>; Wang, Sarah (CH) <Sarah.Wang@lw.com>; ddurie@durietangri.com; KDavis@durietangri.com; EBerger@durietangri.com; kmcnutt@durietangri.com; DSilver@McCarter.com; ajoyce@mccarter.com; #C-M JAZZ PATENT LITIGATION - LW TEAM <jazzpatentlitigation.lwteam@lw.com>; Ning, Sunnie (BN) <Sunnie.Ning@lw.com>; amiller@mccarter.com; AJones@durietangri.com; JazzAvadel <jazzavadel@quinnemanuel.com>; SERVICE-AVADEL-JAZZ@durietangri.com; Nick Cerrito <nickcerrito@quinnemanuel.com>; Eric Stops <ericstops@quinnemanuel.com>; Evangeline Shih <evangelineshih@quinnemanuel.com>; Andrew Chalson <andrewchalson@quinnemanuel.com>; Frank Calvosa <frankcalvosa@quinnemanuel.com>; JBlumenfeld@morrisnichols.com; JTigan@morrisnichols.com
**Subject:** RE: Jazz v. Avadel, Nos. 21-691, 21-1138, 21-1594

Herman,

We do not believe it is appropriate to dismiss the claims regarding the '963 patent at this time while Jazz's appeal is pending. We agree, however, that it makes sense to stay expert discovery concerning the '963 patent pending the outcome of the appeal. This approach allows both sides to avoid further expense associated with the '963 patent infringement dispute while the appeal is pending before the Federal Circuit. Please let us know whether Avadel agrees.

Regards,

Gabe

---

**From:** Herman.Yue@lw.com <Herman.Yue@lw.com>
**Sent:** Wednesday, December 7, 2022 1:55 PM
**To:** Nick Cerrito <nickcerrito@quinnemanuel.com>; Gabriel Brier <gabrielbrier@quinnemanuel.com>; Eric Stops <ericstops@quinnemanuel.com>; Evangeline Shih <evangelineshih@quinnemanuel.com>; Andrew Chalson <andrewchalson@quinnemanuel.com>; Frank Calvosa <frankcalvosa@quinnemanuel.com>; JBlumenfeld@morrisnichols.com; JTigan@morrisnichols.com

**Cc:** KENNETH.SCHULER@lw.com; Marc.Zubick@lw.com; Alex.Grabowski@lw.com; Sarah.Wang@lw.com; ddurie@durietangri.com; KDavis@durietangri.com; EBerger@durietangri.com; kmcnutt@durietangri.com; DSilver@McCarter.com; ajoyce@mccarter.com; jazzpatentlitigation.lwteam@lw.com; Sunnie.Ning@lw.com; amiller@mccarter.com; AJones@durietangri.com; JazzAvadel <jazzavadel@quinnemanuel.com>; SERVICE-AVADEL-JAZZ@durietangri.com
**Subject:** Jazz v. Avadel, Nos. 21-691, 21-1138, 21-1594

**[EXTERNAL EMAIL from herman.yue@lw.com]**

Counsel,

Please see the attached correspondence.

Regards,
Herman

**Herman H. Yue**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.2977
Email: herman.yue@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.