IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AVADEL CNS PHARMACEUTICALS LLC, ) <br> ) <br> Defendant. ) | C.A. No. 21-691 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and ) <br> JAZZ PHARMACEUTICALS IRELAND ) <br> LIMITED, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AVADEL CNS PHARMACEUTICALS LLC, ) <br> ) <br> Defendant. ) | C.A. No. 21-1138 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and ) <br> JAZZ PHARMACEUTICALS IRELAND ) <br> LIMITED, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AVADEL CNS PHARMACEUTICALS LLC, ) <br> ) <br> Defendant. ) | C.A. No. 21-1594 (GBW) |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRIAL BY JURY AND MODIFYING CASE SCHEDULE**

WHEREAS, the Court entered a Scheduling Order providing that a 5-day bench trial would begin on October 30, 2023 at 09:30 AM (*see* D.I. Nos. 31, 72; C.A. No. 21-691-GBW);

WHEREAS, on May 1, 2023, Avadel received final FDA approval of the accused infringing product, LUMRYZ™, and began commercially offering LUMRYZ™ for sale on June 4, 2023, and as a result, Jazz intends to seek, among other relief, damages related to Avadel's commercial activities regarding LUMRYZ™; and

WHEREAS, Jazz had previously served certain discovery on Avadel relating to Jazz's request for monetary damages (*see, e.g.*, C.A. 21-691, D.I. 1, Prayer for Relief) regarding Avadel's alleged infringement of the patents-in-suit;

WHEREAS, Avadel objected to the production of certain documents responsive to Jazz's discovery requests relating to its request for monetary damages in light of the absence of any sales of Avadel's NDA products and Jazz's continuing efforts to maintain a stay of FDA approval of Avadel's NDA products based on its Orange Book listing of U.S. Patent No. 8,731,963;

WHEREAS, Jazz filed a motion to compel certain damages-related discovery from Avadel on October 17, 2022, and Avadel opposed that motion on October 18, 2022 (*see* D.I. 194; D.I. 200);

WHEREAS, on October 21, 2022, the Court denied Jazz's motion to compel damages-related discovery with leave to renew the motion "at the time Avadel commercially manufactures, uses, offers to sell, or sells its NDA Product." (D.I. 204);

WHEREAS, FDA did not determine that Avadel's NDA was approvable over Xywav's unexpired Orphan-Drug Exclusivity ("ODE") until May 1, 2023;

WHEREAS, the parties have conferred to discuss the need for damages-related discovery stemming from Avadel's launch and commercialization of its NDA Products and for an expedited schedule relating to damages;

WHEREAS, during the meet and confer discussions, the parties agreed that, to streamline discovery and alleviate any burden to the Court, it was unnecessary for Jazz to formally renew its motion to compel before the parties resume damages-related discovery and that Avadel will withdraw its objections to the production of information responsive to Jazz's previously-served discovery requests on the grounds that Avadel's NDA products had not yet received FDA approval;

WHEREAS, the parties understand that the Court is available for trial the week of February 26, 2024 to allow the parties time to take discovery relating to damages;

WHEREAS, the parties have conferred and agreed that now is the appropriate time for the parties to request a trial by jury on all issues so triable, and therefore, jointly request a jury trial on February 26, 2024 on all issues so triable pursuant to the agreed-upon schedule below;

IT IS HEREBY STIPULATED AND AGREED, by the Parties, subject to approval of the Court, that:

1. Pursuant to Federal Rule of Civil Procedure 39(b), these actions, except the below-defined Bifurcated Claims and Defenses, shall proceed to a 5-day jury trial beginning on February 26, 2024 at 09:30 AM.

2. For the jury trial, the parties shall comply with Paragraph 18-23 of the Court's procedures set forth in the Court's Rule 16 Scheduling Order for Patent (Non-ANDA) cases, which address pretrial, trial, and post-trial proceedings in cases to be tried by a jury. For Paragraph 19 of that Scheduling Order, the parties agree that Local Rule 16.3(d) shall not control and that the parties will meet and confer to arrive at a joint proposal for exchange procedures and deadlines, based on burden of proof, for the pretrial order.

3. All equitable claims and defenses (the "Bifurcated Claims and Defenses") shall proceed to a bench trial following the jury trial, to the extent those claims and defenses otherwise remain in the case. The Bifurcated Claims and Defenses are: the Second Affirmative Defense of Jazz Pharmaceuticals, Inc.'s First Amended Answer to Avadel CNS Pharmaceuticals LLC's Counterclaims (D.I. 83) in C.A. 21-691; the Second Affirmative Defense of Jazz Pharmaceuticals' First Amended Answer to Avadel CNS Pharmaceuticals LLC's Counterclaims (D.I. 43) in C.A. 21-1138; the Second Affirmative Defense of Jazz Pharmaceuticals' First Amended Answer to Avadel CNS Pharmaceuticals LLC's Counterclaims (D.I. 36) in C.A. 21-1594; the Third Defense, Fifth Defense, Sixth Defense, Seventh Defense, and Counterclaim Count III of Avadel's Answer to Complaint for Patent Infringement, Defenses and Counterclaims (D.I. 12) in C.A. 21-1138; and the Third Defense, Sixth Defense, Seventh Defense, Eighth Defense, and Counterclaim Count III of Avadel's Answer to Complaint for Patent Infringement, Defenses and Counterclaims (D.I. 24) in C.A. 21-1594. Any request by Jazz for a permanent injunction shall also be tried in the bench trial.

4. For the avoidance of doubt, nothing set forth herein shall prejudice any party's ability to argue that any particular evidence is admissible or inadmissible at trial.

5. The case deadlines below shall be added as follows:

| Event | Current Date[1] | Proposed Date |
|---|---|---|
| Last day to serve additional written discovery – Damages | N/A | June 9, 2023 |
| Reply expert reports – Liability | June 23, 2023* | June 30, 2023 |
| Substantial completion of document production – Damages | N/A | July 28, 2023 |
| Fact discovery cutoff – Damages | N/A | August 18, 2023 |
| Opening expert reports – Damages | N/A | September 8, 2023 |
| Rebuttal expert reports – Damages | N/A | October 9, 2023 |
| Reply expert reports – Damages | N/A | October 25, 2023 |
| Expert discovery cutoff – Liability & Damages | August 4, 2023* (liability); N/A (damages) | November 21, 2023 |
| *Daubert* motions – Liability & Damages | August 11, 2023* (liability); N/A (damages) | November 30, 2023 |
| Dispositive motions – Liability & Damages | N/A | November 30, 2023 |
| Final pretrial conference | October 23, 2023 | February ____, 2024 |
| Trial | October 30, 2023 | February 26, 2024 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Defendant*

June 28, 2023

**SO ORDERED** this _____ day of _____, 2023.

_____
United States District Court Judge

---

[1] Dates designated with an "*" are from the pending Stipulation and [Proposed] Order Modifying Case Schedule, filed March 15, 2023. *See* D.I. 304.