IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-691-GBW<br><br>**PUBLIC VERSION** |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1594-GBW |

**CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1
OF INFRINGEMENT OF THE SUSTAINED RELEASE PATENTS**

## TABLE OF CONTENTS

**Page**

I. THE SUSTAINED RELEASE PATENTS' ASSERTED CLAIMS' COMMON "CORE" CLAIM ELEMENT ........................................................................................ 1

II. AVADEL'S ACCUSED LUMRYZ™ PRODUCT MEETS THE SUSTAINED RELEASE PORTION "CORE" CLAIM ELEMENT ....................................................... 2

I.  **THE SUSTAINED RELEASE PATENTS' ASSERTED CLAIMS' COMMON "CORE" CLAIM ELEMENT**

1. U.S. Patent Nos. 10,758,488 ("'488 Patent"), 10,813,885 ("'885 Patent"), 10,959,956 ("'956 Patent"), and 10,966,931 ("'931 Patent"), all titled, "Controlled Release Dosage Forms for High Dose, Water Soluble and Hygroscopic Drug Substances," issued on September 1, 2020, October 27, 2020, March 30, 2021, and April 6, 2021, respectively. C.A. No. 21-691, D.I. 325, ¶¶ 9-12; A0002; A0035; A0066; A0098. The parties refer to these four patents as the Sustained Release Patents. A0143, ¶ 16; A0161, ¶ 3.

2. Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Ltd. ("Plaintiffs" or "Jazz") have asserted that Avadel CNS Pharmaceuticals, LLC ("Defendant" or "Avadel") infringes claims 1-8 and 10-12 of the '488 Patent, claims 1-6 and 8-15 of the '885 Patent, claims 1-8 and 10-11 of the '956 Patent, and claims 1-6 and 8-15 of the '931 Patent. C.A. No. 21-691, D.I. 325, ¶¶ 24-75; A0143-A0144, ¶ 17; A0212, ¶ 19.

3. Although worded in slightly different ways, each asserted claim of the Sustained Release Patents requires, among other elements, a "sustained release portion" that comprises a functional coating and a core, wherein the functional coating is deposited over the core, and wherein the core comprises at least one pharmaceutically active ingredient selected from gamma-hydroxybutyrate and pharmaceutically acceptable salts of gamma-hydroxybutyrate. A0031-A0033; A0063-A0064; A0094-A0096; A0127-A0128. Certain asserted claims of the Sustained Release Patents also require an "immediate release portion." *See id.* The Court construed "sustained release portion" as having its "[p]lain and ordinary meaning, i.e., the portion of the formulation that is not immediate release and that releases over a period of time." C.A. No. 21-691, D.I. 229 at 4-9.

4.      The "sustained release portion" "core" claim element requires that the sustained release portion has a core that comprises gamma-hydroxybutyrate or pharmaceutically acceptable salts of gamma-hydroxybutyrate, such as sodium gamma-hydroxybutyrate (a/k/a sodium oxybate). As one example, the "sustained release portion," with the relevant "core" claim element highlighted, can be seen copied below from claim 1 of the '488 Patent:

> 1. A formulation comprising immediate release and sustained release portions, each portion comprising at least one pharmaceutically active ingredient selected from gamma-hydroxybutyrate and pharmaceutically acceptable salts of gamma-hydroxybutyrate, wherein:
>    a. the sustained release portion comprises a functional coating and a core, wherein the functional coating is deposited over the core, wherein the core comprises at least one pharmaceutically active ingredient selected from gamma-hydroxybutyrate and pharmaceutically acceptable salts of gamma-hydroxybutyrate wherein the functional coating comprises one or more methacrylic acid-methyl methacrylate co-polymers that are from about 20% to about 50% by weight of the functional coating; the sustained release portion comprises about 500 mg to 12 g of at least one pharmaceutically active ingredient selected from gamma-hydroxybutyrate and pharmaceutically acceptable salts of gamma-hydroxybutyrate; and the sustained release portion releases greater than about 40% of its gamma-hydroxybutyrate by about 4 to about 6 hours when tested in a dissolution apparatus 2 in deionized water at a temperature of 37° C. and a paddle speed of 50 rpm;
>    b. the immediate release portion comprises about 75% and about 98% by weight of at least one pharmaceutically active ingredient selected from gamma-hydroxybutyrate and pharmaceutically acceptable salts of gamma-hydroxybutyrate, and the amount of gamma-hydroxybutyrate and pharmaceutically acceptable salts of gamma-hydroxybutyrate in the immediate release portion is about 10% to 50% by weight of the gamma-hydroxybutyrate and pharmaceutically acceptable salts of gamma-hydroxybutyrate in the formulation;
>    c. the formulation releases at least about 30% of its gamma-hydroxybutyrate by one hour when tested in a dissolution apparatus 2 in deionized water at a temperature of 37° C. and a paddle speed of 50 rpm; and
>    d. the formulation releases greater than about 90% of its gamma-hydroxybutyrate by 8 hours when tested in a dissolution apparatus 2 in deionized water at a temperature of 37° C. and a paddle speed of 50 rpm.

A0031.

## II.    AVADEL'S ACCUSED LUMRYZ™ PRODUCT MEETS THE SUSTAINED RELEASE PORTION "CORE" CLAIM ELEMENT

5.      The accused product in this case is Avadel's LUMRYZ™ product (formerly known as "FT218"), which is also sometimes referred to as Avadel's or Defendant's NDA Product or Proposed Product.  C.A. No. 21-691, D.I. 325, ¶¶ 15-17; A0246, ¶ 5, n.2; A0161, ¶ 5.

6.     A related Avadel entity owns U.S. Patent No. 10,272,062 ("Avadel's '062 Patent"), titled, "Modified Release Gamma-Hydroxybutyrate Formulations Having Improved Pharmacokinetics."  C.A. No. 21-691, D.I. 325, ¶ 19; A0270, Response to Request for Admission ("RFA Resp.") No. 46.

7.     Avadel stated to the United States Food and Drug Administration ("FDA") that Avadel's '062 Patent "claim[s] the drug product, as defined in 21 CFR 314.3, in the pending NDA" No. 214755, which is Avadel's New Drug Application for LUMRYZ™.  A0275-A0278; A0270-A0271, RFA Resp. No. 47.

8.     Avadel admitted that LUMRYZ™ is an embodiment of the formulation described in Example 1 of Avadel's '062 Patent.  A0271, RFA Resp. No. 48.

9.     LUMRYZ™ is comprised of both immediate release "IR" pellets (a/k/a IR microparticles) and controlled release "CR" coated pellets (a/k/a CR or MR microparticles), each of which represents 50% of the sodium oxybate active ingredient dose in LUMRYZ™.  A0284; A0309; A0336, 35:17-25; A0343, 63:3-11[1]; A0146-A0148, ¶¶ 35-36.

10.    Avadel admitted that "the *modified release portion* of Example 1 of U.S. patent No. 10,272,062 (the *composition of which is provided in Table 1b* of said patent) *corresponds to the controlled release portion* of Defendant's NDA Product," which as stated above (*see supra* SOF 5) is LUMRYZ™.  A0272, RFA Resp. No. 49; A0150-A0151, ¶ 46.

11.    Table 1b of Avadel's '062 Patent, which Avadel admitted provides the "composition" of the CR coated pellets in Avadel's LUMRYZ™ formulation (*see supra* SOF 10), states that the

---

[1] Dr. Jason Vaughn, Vice President of Technical Operations at Avadel (A0329, 5:10-19), was Avadel's Rule 30(b)(6) witness on issues relevant to, among other things, Avadel's LUMRYZ™ formulation and its development (A0331-A0334, 14:1-25:18; A0372-A0378).

"IR [or immediate release] Microparticles" are a "Component" of the "MR [or modified release] Microparticles" that "Function" as the "*Core* of [the Modified Release] microparticles":

TABLE 1b

Composition of MR Microparticles

| Component | Function | Quantity per 4.5 g dose (g) |
|---|---|---|
| IR Microparticles | Core of MR microparticles | 2.786 |
| Hydrogenated Vegetable Oil | Coating excipient | 0.716 |
| Methacrylic acid Copolymer Type C | Coating excipient | 0.159 |
| Methacrylic acid Copolymer Type B | Coating excipient | 0.318 |
| Isopropyl alcohol | Solvent | Eliminated during processing |
| Total | | 3.981 |

A0455, 48:50-66 (emphasis added). Avadel's expert, Dr. Alexander Klibanov, confirmed at deposition that Avadel's '062 Patent tells us that the IR microparticles are the core of the MR microparticles. A0550, 226:1-9 ("Q. Okay. In Table 1B, it gives the composition of the MR microparticles for the Example 1 formulation, right? A. Yes. Q. And Avadel's '062 patent tells us that the IR microparticles are the core of the MR microparticles, right? A. That's what it says in the table, yes."). Jazz's expert, Dr. Steven R. Little, agrees. A0150-A0153, ¶¶ 46-47.

12.     Avadel's lead of formulation development, Dr. Herve Guillard (who is also listed as an inventor on Avadel's '062 Patent) testified at deposition that the IR microparticles are the core for the MR microparticles and that the coating excipients identified in Table 1b above are coated onto the IR microparticles. A0601-A0602, 120:24-121:3; A0602, 122:3-13 ("Q. And here you describe the . . . IR microparticles as the core of the MR microparticles? A. It is the function, indeed, for the implementation steps. So there's one step that happens on an air bed, a fluidized air bed, and that *IR microparticles are used as a core*." (emphasis added and with errata by Dr. Guillard).

13. Dr. Guillard further confirmed that Table 1a of Avadel's '062 Patent (depicted below) shows that the IR microparticles that are the core of the MR microparticles comprise sodium oxybate. A0601-A0602, 120:24-122:2.

TABLE 1a

| Composition of IR Microparticles | | |
|---|---|---|
| Component | Function | Quantity per 2.25 g dose (g) |
| Sodium oxybate | Drug substance | 2.25 |
| Microcrystalline cellulose spheres | Core | 0.418 |
| Povidone K30 | Binder and excipient in diffusion coating | 0.118 |
| Ethyl alcohol | Solvent | Eliminated during processing |
| Purified water | Solvent | Eliminated during processing |
| Total | | 2.786 |

A0455, 48:36-49 (emphasis added). Dr. Klibanov confirmed that the IR microparticles described in Table 1a of Avadel's '062 Patent comprise sodium oxybate. A0549-A0550, 224:6-225:25. So did Jazz's expert, Dr. Little. A0151-A0153, ¶ 47.

14. Avadel's 30(b)(6) witness on LUMRYZ™'s formulation and its development, Dr. Vaughn, did not speak with Dr. Guillard or review Dr. Guillard's deposition transcript in preparation for his deposition, but confirmed he had no reason to believe that Dr. Guillard was untruthful at his deposition. A0332, 19:24-20:9; A0354, 107:2-11.

15. Avadel has asserted that only the microcrystalline cellulose spheres in the IR microparticles, and not the entire IR microparticles, are the core of the CR coated pellets in LUMRYZ™. A0195-A0196, ¶ 109. Dr. Klibanov confirmed at deposition, however, that *Table 1a*, which is the composition of the IR microparticles, *not the composition of the MR microparticles*, says that the core of the IR microparticles is the microcrystalline cellulose spheres. A0550, 226:21-227:3, 228:1-3. Dr. Klibanov further confirmed that *Table 1b*, which *is the composition of the MR microparticles*, does not say that the microcrystalline cellulose

- 5 -

spheres are the core of the MR microparticles.  A0550, 227:21-25, 228:4-6.  Dr. Klibanov, instead, testified that "Table 1B says that – that with respect to a component that is called IR microparticles, the function of that component is core of MR microparticles, where MR obviously stands for modified release."  A0550, 227:13-20.

- 7 -

Dated: November 30, 2023

OF COUNSEL:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
QUINN EMANUEL URQUHART
  &amp; SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*
*Jazz Pharmaceuticals, Inc. and*
*Jazz Pharmaceuticals Ireland Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 30, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco Benyamin, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Audra Sawyer, Esquire<br>Alan J. Devlin, Esquire<br>Ian Conner, Esquire<br>Denise Laspina, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004-1304<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Daralyn J. Durie, Esquire VIA ELECTRONIC MAIL
Eric P. Berger, Esquire
Rebecca E. Weires, Esquire
Adam R. Brausa, Esquire
Tannyr Pasvantis, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Defendant*

Kira A. Davis, Esquire VIA ELECTRONIC MAIL
Henry Huttinger, Esquire
Katherine E. McNutt, Esquire
Rose S. Lee, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
*Attorneys for Defendant*

David F. McGowan, Esquire VIA ELECTRONIC MAIL
David F. Kowalski, Esquire
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
*Attorneys for Defendant*

Andrew T. Jones, Esquire VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20037
*Attorneys for Defendant*

 */s/ Jeremy A. Tigan*

 Jeremy A. Tigan (#5239)

2