IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1594-GBW |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PUBLIC REDACTED FILINGS**

WHEREAS, the current deadline for the parties to file public redacted versions of their sealed Opposition briefs and supporting documents regarding the parties' motions for summary judgment and *Daubert* motions is December 26, 2023;

WHEREAS, the current deadline for the parties to file public redacted versions of their sealed Reply briefs and supporting documents regarding the parties' motions for summary

1

judgment and *Daubert* motions is December 29, 2023;

WHEREAS, in order to allow sufficient time for the parties to confer and propose redactions to their sealed Opposition and Reply briefs and supporting documents regarding the parties' motions for summary judgment and *Daubert* motions, and in light of the holidays, the parties have agreed to an extension of time to submit their redacted filings;

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to approval of the Court, that the deadline to file public redacted versions of the below filings is extended to January 8, 2024:

**Jazz's Opposition and Reply Briefs and Supporting Papers:**

1. Opposition to Defendant's Motion for Summary Judgment No. 1 (D.I. 416 in C.A. No. 21-691);

2. Response to Defendant's Concise Statement of Facts in Support of Its Motion for Summary Judgment No. 1 and Plaintiffs' Counterstatement of Facts Precluding Summary Judgment (D.I. 420 in C.A. No. 21-691);

3. Opposition to Defendant's Motion for Summary Judgment No. 2 (D.I. 421 in C.A. No. 21-691);

4. Response to Defendant's Concise Statement of Facts in Support of Its Motion for Summary Judgment No. 2 and Plaintiffs' Counterstatement of Facts Precluding Summary Judgment (D.I. 422 in C.A. No. 21-691);

5. Opposition to Defendant's Motion for Summary Judgment No. 3 (D.I. 423 in C.A. No. 21-691);

6. Response to Defendant's Concise Statement of Facts in Support of Its Motion for Summary Judgment No. 3 and Plaintiffs' Counterstatement of Facts Precluding

Summary Judgment (D.I. 424 in C.A. No. 21-691);

7. Opposition to Defendant's Motion to Exclude Expert Testimony of Mark Rainey, Ph.D. (D.I, 425 in C.A. No. 21-691);

8. Opposition to Defendant's Motion to Exclude Expert Testimony of Christian Moreton Ph.D. (D.I. 427 in C.A. No. 21-691);

9. Opposition to Defendant's Motion to Exclude Testimony of Steven Little Ph.D. (D.I. 430 in C.A. No. 21-691);

10. Appendix of Exhibits in Support of Plaintiffs' Opposition to Avadel's Summary Judgment and Daubert Motions Volume 1 (D.I. 433 in C.A. No. 21-691);

11. Appendix of Exhibits in Support of Plaintiffs' Opposition to Avadel's Summary Judgment and Daubert Motions Volume 2 (D.I. 434 in C.A. No. 21-691);

12. Reply Brief in Support of Plaintiffs' Motion to Exclude Expert Testimony of Dr. Corey J. Berkland and Dr. Robert S. Langer (D.I. 459 in C.A. No. 21-691);

13. Reply Brief in Support of Plaintiffs' Motion to Exclude Expert Testimony of Bruce Corser, M.D. Regarding U.S. Patent No. 11,77,079 (D.I. 460 in C.A. No. 21-691);

14. Reply Brief in Support of Plaintiff's Motion to Exclude Expert Testimony of Dr. Alexander Klibanov and Dr. Carlo Giovanni Traverso Regarding Avadel's Infringement of the Sustained Release Patents (D.I. 461 in C.A. No. 21-691);

15. Reply Brief in Support of Plaintiffs' Motion for Partial Summary Judgment No. 1 of Infringement of the Sustained Release Patents (D.I. 462 in C.A. No. 21-691);

16. Reply Brief in Support of Plaintiffs' Motion for Partial Summary Judgment No. 2 of Nonobviousness of U.S. Patent Nos. 11,077,079 and 11,147,782 (D.I. 463 in

C.A. No. 21-691)'

17. Reply Brief in Support of Plaintiffs' Motion for Partial Summary Judgment No. 3 of Nonoviousness of the Sustained Release Patents (D.I. 464 in C.A. No. 21-691);

18. Reply Brief in Support of Plaintiffs' Motion for Partial Summary Judgment No. 4 of No Anticipation of U.S. Patent No. 11,077,079 (D.I. 465 in C.A. No. 21-691);

19. Response to Defendant's Concise Counter-Statement of Facts in Support of its Opposition to Jazz's Motion for Partial Summary Judgment No. 1 on Infringment of the Sustained Release Patents (D.I. 466 in C.A. No. 21-691);

20. Response to Defendant's Concise Counter-Statement of Facts in Support of its Opposition of Jazz's Motion for Summary Judgment No. 2 (D.I. 467 in C.A. No. 21-691);

21. Response to Defendant's Concise Counter-Statement of Facts in Support of its Opposition to Jazz's Motion for Partial Summary Judgment No. 3 of Nonobviousness of the Sustained Release Patents (D.I. 468 in C.A. No. 21-691);

22. Response to Defendant's Concise Counter-Statement of Facts in Support of Its Opposition to Jazz's Motion for Partial Summary No. 4 (D.I. 470 in C.A. No. 21-691); and

23. Supplemental Appendix of Exhibits in Support of Plaintiff's Summary Judgment and Daubert Motions (D.I. 472 in C.A. No. 21-691);

**Avadel's Opposition and Reply Briefs and Supporting Papers:**

1. Opposition to Plaintiffs' Summary Judgment and Daubert Motions (D.I. 418 in C.A. No. 21-691);

2. Response to Jazz's Concise Statement of Facts in Support of Jazz's Motion for

Partial Summary Judgment No. 1 of Infringement of the Sustained Release Patents (D.I. 426 in C.A. No. 21-691);

3. Responses to Jazz's Concise Statement of Facts in Support of Jazz's Motion for Partial Summary Judgment No. 2 Nonobviousness of U.S. Patent Nos. 11,077,079 and 11,147,782 (D.I. 428 in C.A. No. 21-691);

4. Responses to Jazz's Concise Statement of Facts in Support of Jazz's Motion for Partial Summary Judgment No. 3 Nonobviousness of the Sustained Release Patents (D.I. 429 in C.A. No. 21-691);

5. Responses to Jazz's Concise Statement of Facts in Support of Jazz's Motion for Partial Summary Judgment No. 4 of No Anticipation of U.S. Patent No. 11,077,079 (D.I. 431 in C.A. No. 21-691);

6. Concise Statement of Facts in Support of Opposition to Jazz's Motion for Partial Summary Judgment No. 1 of Infringement of the Sustained Release Patents (D.I. 432 in C.A. No. 21-691);

7. Concise Counter-Statement of Facts in Opposition to Jazz's Motion for Summary Judgment No. 2 (D.I. 435 in C.A. No. 21-691);

8. Concise Counter-Statement of Facts in Opposition to Jazz's Motion for Summary Judgment No. 3 (D.I. 436 in C.A. No. 21-691);

9. Concise Counter-Statement of Facts in Opposition to Jazz's Motion for Summary Judgment No. 4 (D.I. 437 in C.A. No. 21-691);

10. Declaration of Daniel M. Silver, Esq. in Support of Defendant's Opposition to Plaintiffs' Summary Judgment and *Daubert* Motions (D.I. 438 in C.A. No. 21-691);

11. Response to Jazz's Counterstatement of Facts in Opposition to Avadel's Motion for Summary Judgment No. 1 (D.I. 469 in C.A. No. 21-691);

12. Response to Jazz's Counterstatement of Facts in Opposition to Avadel's Motion for Summary Judgment No. 2 (D.I. 471 in C.A. No. 21-691); and

13. Reply Brief in Support of Summary Judgment and Daubert Motions (D.I. 473 in C.A. No. 21-691).

Dated: December 26, 2023

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | McCARTER & ENGLISH, LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Alexandra M. Joyce* |
| Jack B. Blumenfeld (#1014) | Daniel M. Silver (#4758) |
| Jeremy A. Tigan (#5239) | Alexandra M. Joyce (#6423) |
| 1201 North Market Street | Renaissance Centre |
| P.O. Box 1347 | 405 N. King St., 8th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6300 |
| jblumenfeld@morrisnichols.com | dsilver@mccarter.com |
| jtigan@morrisnichols.com | ajoyce@mccarter.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**SO ORDERED** this _____ day of _____, 2023.

_____
United States District Court Judge