## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1594-GBW |

**STIPULATION AND [PROPOSED] ORDER REGARDING THE FOOD AND DRUG ADMINISTRATION'S APPLICATION REVIEW FILES FOR LUMRYZ**

WHEREAS, on October 31, 2023, the Food and Drug Administration ("FDA") made available to the public for the first time the Application Review Files for LUMRYZ ("FDA Approval Package");

WHEREAS, prior to October 31, 2023, the FDA Approval Package and the documents contained therein were not available to Avadel CNS Pharmaceuticals ("Avadel" or "Defendant");

WHEREAS, on November 8 and November 11, 2023, Avadel produced the FDA Approval Package to Plaintiffs, Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland ("Jazz" or "Plaintiffs");

WHEREAS, on November 28, 2023, Defendant informed Plaintiffs that it intended to rely on the FDA Approval Package at trial;

WHEREAS, on November 30, 2023, Defendant served its Fourth Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) (D.I. 386), clarifying that the "[t]echnical information regarding the development of FT218 (LUMRYZ)," about which Dr. Jason Vaughn was knowledgeable, included "knowledge of FDA approval package for LUMRYZ" (D.I. 386; D.I. 333);

IT IS HEREBY AGREED AND STIPULATED by and between Defendant and Plaintiffs as follows:

1. Dr. Vaughn shall be permitted to testify and present evidence at trial regarding the portions of the FDA Approval Package produced at AVDL_01443974-4013, AVDL_01444014-4057, and AVDL_01446851-6931 ("FDA Approval Package Excerpt") in accordance with the Federal Rules of Civil Procedure, Federal Rules of Evidence, this Court's Local Rules, the laws of this District, and Defendant's Fourth Amended Initial Disclosures.

2. Plaintiffs shall be permitted to depose Dr. Vaughn for up to 3.5 hours. The scope and subject matter of the deposition shall be limited to the FDA Approval Package Excerpt, as well as other documents and evidence touching upon the same subject matter as the FDA Approval Package Excerpt, and only to the extent relevant to the "sustained

release portion" limitations of the Sustained Release Patents[1] and "controlled release component" limitations of U.S. Patent No. 11,077,079 (jointly, the "Claim Limitations").  Plaintiffs shall not be permitted to question Dr. Vaughn on subject matter that is not related to the FDA Approval Package Excerpt or the Claim Limitations to which the FDA Approval Package relates.

3. Defendant and Plaintiffs will meet and confer to discuss the need for supplementation of expert reports to address the FDA Approval Package and additional expert depositions relating to any such supplementations.

4. No party shall use any testimony or evidence obtained in connection with the FDA Approval Package in connection with the pending summary judgment and *Daubert* motions.

---

[1] U.S. Patent 10,758,488; 10,813,885; and 10, 959,956; 10,966,931.

Dated: January 17, 2024

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | McCARTER & ENGLISH, LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Alexandra M. Joyce* |
| Jack B. Blumenfeld (#1014) | Daniel M. Silver (#4758) |
| Jeremy A. Tigan (#5239) | Alexandra M. Joyce (#6423) |
| 1201 North Market Street | Renaissance Centre |
| P.O. Box 1347 | 405 N. King St., 8th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6300 |
| jblumenfeld@morrisnichols.com | dsilver@mccarter.com |
| jtigan@morrisnichols.com | ajoyce@mccarter.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**SO ORDERED**, this _____ day of _____, 2024.

_____
United States District Court Judge