IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br>Plaintiff, <br><br>v. <br><br>AVADEL CNS PHARMACEUTICALS LLC, <br><br>Defendant. | C.A. No. 21-691 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br>Plaintiffs, <br><br>v. <br><br>AVADEL CNS PHARMACEUTICALS LLC, <br><br>Defendant. | C.A. No. 21-1138 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br>Plaintiffs, <br><br>v. <br><br>AVADEL CNS PHARMACEUTICALS LLC, <br><br>Defendant. | C.A. No. 21-1594 (GBW) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to file a redacted version of their Proposed Pretrial Order (C.A. No. 21-691, D.I. 535; C.A. 21-1138, D.I. 421; C.A. No. 21-1594, D.I. 419) is extended to February 19, 2024.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Alexandra M. Joyce* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

February 15, 2024

SO ORDERED this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

2