# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1594-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to approval of the Court, that the deadline to file public redacted versions of the below filings is extended to May 22, 2024:

1. Defendants' Answering Brief in Opposition to Jazz's Motion for an Injunction or ongoing Royalty (D.I. 601 in C.A. No. 21-691, D.I. 481 in C.A. No. 21-1138, and D.I. 479 in C.A. No. 21-1594);

1

2. Declaration of Patient No. 1 (D.I. 602 in C.A. No. 21-691, D.I. 482 in C.A. No. 21-1138, and D.I. 480 in C.A. No. 21-1594);

3. Declaration of Patient No. 2 (D.I. 603 in C.A. No. 21-691, D.I. 483 in C.A. No. 21-1138, and D.I. 481 in C.A. No. 21-1594);

4. Declaration of Patient No. 3 (D.I. 604 in C.A. No. 21-691, D.I. 484 in C.A. No. 21-1138, and D.I. 482 in C.A. No. 21-1594);

5. Declaration of Mohan Rao, Ph.D. (D.I. 605 in C.A. No. 21-691, D.I. 485 in C.A. No. 21-1138, and D.I. 483 in C.A. No. 21-1594); and

6. Declaration of Gregory J. Divis in Support of Avadel's Opposition to Jazz's Motion for a Permanent Injunction (D.I. 606 in C.A. No. 21-691, D.I. 486 in C.A. No. 21-1138, and D.I. 484 in C.A. No. 21-1594).

Dated: May 21, 2024

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | McCARTER & ENGLISH, LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Daniel M. Silver* |
| Jack B. Blumenfeld (#1014) | Daniel M. Silver (#4758) |
| Jeremy A. Tigan (#5239) | Alexandra M. Joyce (#6423) |
| 1201 North Market Street | Renaissance Centre |
| P.O. Box 1347 | 405 N. King St., 8th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6300 |
| jblumenfeld@morrisnichols.com | dsilver@mccarter.com |
| jtigan@morrisnichols.com | ajoyce@mccarter.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**SO ORDERED** this _____ day of _____, 2024.

_____
United States District Court Judge

2

ME1 48540895v.1