# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1594-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR TRIAL TRANSCRIPTS REDACTION REQUESTS

WHEREAS, the current deadline for the parties to submit redactions to the Transcript of the Jury Trial held on February 27, 2024 (SEALED, day 2) (the "Transcript") is May 22, 2024 in accordance with docket order D.I. 596 in C.A. No. 21-691;

WHEREAS, in order to allow sufficient time for the parties to confer and propose redactions to the Transcript the parties have agreed to an extension of time to submit their redaction

1

requests;

   IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to approval of the Court, that the deadline to submit redactions to the Transcript is extended to May 30, 2024.

Dated: May 22, 2024

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | McCARTER & ENGLISH, LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Daniel M. Silver* |
| Jack B. Blumenfeld (#1014) | Daniel M. Silver (#4758) |
| Jeremy A. Tigan (#5239) | Alexandra M. Joyce (#6423) |
| 1201 North Market Street | Renaissance Centre |
| P.O. Box 1347 | 405 N. King St., 8th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6300 |
| jblumenfeld@morrisnichols.com | dsilver@mccarter.com |
| jtigan@morrisnichols.com | ajoyce@mccarter.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**SO ORDERED** this _____ day of _____, 2024.

                 _____
                 United States District Court Judge