IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-691 (GBW)  DI 631 |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-1138 (GBW)  DI 508 |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-1594 (GBW)  DI 506 |

**PLAINTIFFS' MOTION FOR LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiffs Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited hereby move for an order to exempt Kristin Bhavani, James Cekola, Michael King, and Roslyn Thelliyankal from the District of Delaware's May 17, 2024 Standing Order on Procedures

Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Plaintiffs state as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. An injunction hearing in these matters is scheduled for June 4, 2024 in Courtroom 6B.

3. Kristin Bhavani, James Cekola, Michael King, and Roslyn Thelliyankal are client representatives from Plaintiffs, will be attending the hearing, and request access to their electronic devices for purposes of consulting with counsel and performing their job duties in connection with the hearing. However, Ms. Bhavani, Mr. Cekola, Mr. King, and Ms. Thelliyankal do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

WHEREFORE, Plaintiffs respectfully request that the Court issue an order to exempt Ms. Bhavani, Mr. Cekola, Mr. King, and Ms. Thelliyankal from the District of Delaware's May 17, 2024 Standing Order on June 4, 2024.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs*
*Jazz Pharmaceuticals, Inc. and*
*Jazz Pharmaceuticals Ireland Limited*

May 31, 2024

SO ORDERED, this 3d day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE