IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AVADEL CNS PHARMACEUTICALS LLC, ) <br> ) <br> Defendant. ) | C.A. No. 21-691 (GBW) | |
| JAZZ PHARMACEUTICALS, INC. and ) <br> JAZZ PHARMACEUTICALS IRELAND ) <br> LIMITED, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AVADEL CNS PHARMACEUTICALS LLC, ) <br> ) <br> Defendant. ) | C.A. No. 21-1138 (GBW) | |
| JAZZ PHARMACEUTICALS, INC. and ) <br> JAZZ PHARMACEUTICALS IRELAND ) <br> LIMITED, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AVADEL CNS PHARMACEUTICALS LLC, ) <br> ) <br> Defendant. ) | C.A. No. 21-1594 (GBW) | |

**[PROPOSED] ORDER GRANTING MOTION FOR EXEMPTION OF
PERSONS FROM THE DISTRICT OF DELAWARE'S
MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered the [Unopposed] Motion for Exemption of Persons from the

District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

1

IT IS SO ORDERED this \_\_\_3d\_\_\_ day of \_\_\_June\_\_\_ 2024 that:

1. The Motion is GRANTED;

2. For purposes of the June 4, 2024 Hearing in the above-captioned cases, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Thomas McHugh
- Gregory Divis

3. The person listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
UNITED STATES DISTRICT COURT JUDGE