# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br>　　　　　　　　　Plaintiff, <br>v. <br><br>AVADEL CNS PHARMACEUTICALS, LLC, <br><br>　　　　　　　　　Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br>　　　　　　　　　Plaintiffs, <br>v. <br><br>AVADEL CNS PHARMACEUTICALS, LLC, <br><br>　　　　　　　　　Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br>　　　　　　　　　Plaintiffs, <br>v. <br><br>AVADEL CNS PHARMACEUTICALS, LLC, <br><br>　　　　　　　　　Defendant. | C.A. No. 21-1594-GBW |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Avadel respectfully submits this notice of supplemental authority. On Friday, May 31, Judge Andrews entered the attached Order in *United Therapeutics Corporation v. Liquidia Technologies, Inc.*, denying a motion to preliminarily enjoin Defendant Liquidia's competing drug product. Ex. A. This decision is relevant to Avadel's arguments against Jazz's pending motion for permanent injunction in at least two ways. First, in finding that movant United Therapeutics failed to show that it was likely to suffer irreparable harm, Judge Andrews relied on statements from United and its CEO indicating an "expectation of substantial growth" in market share.

Ex. A at 22.  Avadel pointed to similar public statements from Jazz in this case.  *See* C.A. 21-691, D.I. 601 at 14.  Second, in finding that movant United Therapeutics failed to show that an injunction would be in the public interest, Judge Andrews relied on evidence that some patients could not be effectively treated by United's drug product.  Ex. A at 28-29.  Avadel presented similar evidence in this case through the FDA's Orphan Drug Exclusivity determination as well as through declarations submitted by medical personnel and patients.  *See* C.A. 21-691, D.I. 601 at 4-11.

Dated: June 3, 2024

*Of Counsel*:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Sarah W. Wang
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
sarah.wang@lw.com

Herman Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Herman.Yue@lw.com

Ian R. Conner
Alan J. Devlin
Anna Rathbun
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, D.C. 20004
(202) 637-2200
Ian.Conner@lw.com

MCCARTER &ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Defendant*

1

Alan.Devlin@lw.com
Anna.Rathbun@lw.com

Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6055
ddurie@mofo.com

Kira A. Davis
Katherine E. McNutt
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com
kmcnutt@mofo.com

Alexander Okuliar
Haydn Forrest
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037, USA
(202) 887-1500
aokuliar@mofo.com
hforrest@mofo.com