# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1594-GBW |

1

| | |
|---|---|
| AVADEL CNS PHARMACETUICALS LLC and AVADEL PHARMACEUTICALS PLC,<br><br>Plaintiffs,<br><br>v.<br><br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | C.A. No. 22-487-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR REDACTION REQUESTS TO SEALED OPINIONS

WHEREAS, pursuant to the Court's Oral Order, the parties are required to file a proposed redacted version of any opinions the Court has issued under seal, along with a motion supported by a declaration supporting the redactions; and

WHEREAS, the parties are still conferring regarding the proposed redactions, and they need additional time to jointly prepare the redactions, motion, and supporting papers;

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to approval of the Court, that the deadline to file a proposed redacted version of any opinions the Court has issued under seal, along with a motion supported by a declaration supporting the redactions is extended to June 11, 2024.

Dated: June 5, 2024

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | McCARTER & ENGLISH, LLP |
|---|---|
| */s/ Cameron P. Clark* <br> Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> Cameron P. Clark (#6647) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jtigan@morrisnichols.com <br> cclark@morrisnichols.com <br><br> *Attorneys for Plaintiffs* | */s/ Alexandra M. Joyce* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> Renaissance Centre <br> 405 N. King St., 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Attorneys for Defendant* |

**SO ORDERED** this _____ day of _____, 2024.

_____
United States District Court Judge