IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-691-GBW <br><br> ■■■■■■■■■■■ <br> REDACTED - PUBLIC VERSION |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1138-GBW <br><br> ■■■■■■■■■■■ <br> REDACTED - PUBLIC VERSION |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1594-GBW <br><br> ■■■■■■■■■■■ <br> REDACTED - PUBLIC VERSION |

## DECLARATION OF P.J. HONERKAMP

I, P.J. Honerkamp, declare as follows:

1.  I am currently Senior Vice President and Business Unit Head for the Sleep business at Jazz Pharmaceuticals, Inc. ("Jazz"). I have personal knowledge of the facts set forth

in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration in support of Jazz's application to redact portions of the Court's Memorandum Opinion regarding the parties' motions for summary judgement and Daubert motions. D.I. 539. The specific portions sought to be redacted are listed in the attached Appendix A.

3. This Court entered a Protective Order (D.I. 42) in the above-captioned matter that allows the parties to designate certain proprietary or highly sensitive business or commercial information as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The proposed redactions contained in Appendix A are designated by Jazz as being highly sensitive confidential information.

4. The proposed redactions contained in Appendix A are limited to details related to Jazz's confidential and proprietary financial data, forecasts and projections, which constitute highly sensitive business information that is not available to the public or competitors, and which Jazz maintains as confidential.

5. With respect to the information referenced in Appendix A, Jazz considers its confidential financial data, projections and forecasts to constitute highly sensitive business information that is not available to the public or competitors. Public disclosure of such information would cause Jazz substantial harm, including, but not limited to financial damage, competitive harm, and irreparable harm to Jazz's market positioning. For example, competitors could improperly and unfairly benefit from the disclosure of Jazz's confidential internal financial information and projections, and could use that information to enhance their market position and cause Jazz to lose competitive advantages in the highly competitive pharmaceutical industry.

6. Jazz's proposed redactions are limited only to specific details relating to Jazz's commercially sensitive information. Jazz believes that the proposed redactions reflect the least restrictive manner of publicly filing the referenced documents without unnecessarily divulging Jazz's highly sensitive, confidential, and proprietary information. Jazz has a legitimate interest in protecting from publication the limited information sought to be redacted, as such disclosure may result in clearly defined injuries to Jazz as set forth above.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on June 4, 2024, at Houston, Texas.

*/s/ P.J. Honerkamp*
P.J. Honerkamp

# APPENDIX A

| D.I. No. | Proposed Redaction |
|---|---|
| 539 | Page 26, the text between "royalty," on line 9 and "(1) 27%" on line 10. |
| 539 | Page 26, the text between "(1) 27%" on line 10 and "(2) 13%" on line 11. |
| 539 | Page 26, the text between "(2) 13%" on line 11 and "and (3) 3.5%" on line 13. |
| 539 | Page 26, the text after "and (3) 3.5%" on line 13 through the end of that sentence. |

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 11, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>Laryssa Bedley, Esquire<br>Michelle Chin, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco Benyamin, Esquire<br>Ramya Sri Vallabhaneni, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Alan J. Devlin, Esquire  *VIA ELECTRONIC MAIL*
Ian Conner, Esquire
Denise Laspina, Esquire
Kelly Welsh, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
*Attorneys for Defendant*

Daralyn J. Durie, Esquire  *VIA ELECTRONIC MAIL*
Eric P. Berger, Esquire
Rebecca E. Weires, Esquire
Adam R. Brausa, Esquire
Tannyr Pasvantis, Esquire
Umeet K. Sajjan, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Defendant*

Kira A. Davis, Esquire  *VIA ELECTRONIC MAIL*
Henry Huttinger, Esquire
Katherine E. McNutt, Esquire
Rose S. Lee, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
*Attorneys for Defendant*

David F. McGowan, Esquire  *VIA ELECTRONIC MAIL*
David F. Kowalski, Esquire
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
*Attorneys for Defendant*

Andrew T. Jones, Esquire  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
*Attorneys for Defendant*

Scott F. Llewellyn, Esquire
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202-5638
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

3