## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

**Jeremy A. Tigan**
(302) 351-9106
jtigan@morrisnichols.com

September 4, 2024

The Honorable Gregory B. Williams            *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 6124, Unit 26
Wilmington, DE 19801-3555

      Re:   *Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals, LLC*
             C.A. Nos. 21-691 (GBW); 21-1138 (GBW); and 21-1594 (GBW)

Dear Judge Williams:

      As directed in the Court's August 27, 2024 Oral Order (C.A. No. 21-691, D.I. 668; C.A. No. 21-1138, D.I. 545; and C.A. No. 21-1594, D.I. 543), the parties have conferred about a redacted version of the Memorandum Opinion (C.A. No. 21-691, D.I. 665; C.A. No. 21-1138, D.I. 542; and C.A. No. 21-1594, D.I. 540). The proposed public version, attached as Exhibit A, contains limited redactions to protect confidential communications and negotiations with third parties, information that the parties agree would cause competitive harm if disclosed to the public. Additional redactions relate to potential consequences to Avadel as a result of the injunction. Accordingly, if the proposed public version meets with the Court's approval we respectfully request that it be entered on the docket.

      Counsel for the parties are available if the Court should have any questions.

                          Respectfully,

                          */s/ Jeremy A. Tigan*

                          Jeremy A. Tigan (#5239)

JAT:lo/lev
Attachment
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)