IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-691 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-1138 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-1594 (GBW) |

**PLAINTIFFS' RENEWED MOTION FOR A PERMANENT INJUNCTION**

Pursuant to 35 U.S.C. § 283, Plaintiffs Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited ("Jazz") hereby move for entry of a renewed permanent injunction against infringement by Defendant Avadel CNS Pharmaceuticals, LLC ("Avadel") of Claim 24 of U.S. Patent No. 11,147,782 (the "'782 patent") by marketing, making, using, or selling Avadel's

Lumryz drug product or any product not more than colorably different from Lumryz for the treatment of idiopathic hypersomnia ("IH"), and prohibiting Avadel from seeking approval from the U.S. Food and Drug Administration ("FDA") for IH, based upon:

(1) The jury's March 4, 2024 verdict (D.I. 578)[1] finding that Claim 24 of the '782 patent was not invalid for lack of sufficient written description, was not invalid for lack of enablement, and was not invalid for failure to name the correct inventors;

(2) Avadel's stipulation to infringement of Claim 24 of the '782 patent (D.I. 550) and this Court's granting of Jazz's motion for judgment as a matter of law that Avadel infringes that claim (D.I. 598, Trial Tr. at 890:16-21);

(3) The evidence and argument to be presented to the Court showing that Jazz has suffered and would continue to suffer irreparable harm resulting from Avadel's infringement of Claim 24 of the '782 patent by marketing, making, using, and selling Lumryz or any product not more than colorably different from Lumryz for IH, and for seeking FDA approval for IH, which harm cannot be fully compensated through monetary damages, that the balance of hardships weighs in favor of the entry of a permanent injunction, and that the entry of an injunction will not disserve the public interest;

(4) This Court's injunction Memorandum Opinion (D.I. 665), injunction Order (D.I. 666), and injunction clarification Memorandum Opinion (D.I. 710); and

(5) The Federal Circuit's May 6, 2025 Opinion following Avadel's appeal of this Court's injunction Order and clarification Memorandum Opinion. *See Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC*, 136 F.4th 1075 (Fed. Cir. 2025).

---

[1] All "D.I." references refer to docket entries in C.A. No. 21-691.

A Proposed form of Order is attached, which excludes from the proposed injunction making, using, and selling Lumryz: (a) for the treatment of narcolepsy; (b) in clinical trials and studies solely for uses reasonably related to the development and submission of information to the FDA; (c) to update data in old studies if necessary; and (d) to re-run necessary tests for quality control for regulators or customers.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  |  |
|  | */s/ Jeremy A. Tigan* |
| OF COUNSEL: |  |
|  | Jeremy A. Tigan (#5239) |
| F. Dominic Cerrito | Cameron P. Clark (#6647) |
| Eric C. Stops | 1201 North Market Street |
| Evangeline Shih | P.O. Box 1347 |
| Andrew S. Chalson | Wilmington, DE  19899 |
| Gabriel P. Brier | (302) 658-9200 |
| Frank C. Calvosa | jtigan@morrisnichols.com |
| QUINN EMANUEL URQUHART | cclark@morrisnichols.com |
|    & SULLIVAN, LLP |  |
| 295 5th Avenue, 9th Floor | *Attorneys for Plaintiffs* |
| New York, NY 10016 | *Jazz Pharmaceuticals, Inc. and* |
| (212) 849-7000 | *Jazz Pharmaceuticals Ireland Limited* |

June 17, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 17, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Michelle Chin, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco Benyamin, Esquire<br>Ramya Sri Vallabhaneni, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Alan J. Devlin, Esquire<br>Ian Conner, Esquire<br>Kelly Welsh, Esquire<br>Anna M. Rathbun, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004-1304<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| David F. Kowalski, Esquire<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Rebecca E. Weires, Esquire<br>Adam R. Brausa, Esquire<br>Tannyr Pasvantis, Esquire<br>Umeet K. Sajjan, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>Henry Huttinger, Esquire<br>Katherine E. McNutt, Esquire<br>Rose S. Lee, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Andrew T. Jones, Esquire<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, D.C. 20037<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202-5638<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)